IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH FOLEY**                                                                                            **PLAINTIFF**

**v.**                                                                          **CAUSE NO. 1:23CV316-LG-RPM**

**STATE OF MISSISSIPPI;
MISSISSIPPI DEPARTMENT OF
CORRECTIONS; JOHN LEDBETTER,**
in his official capacity as Jackson
County Sheriff; **BURL CAIN,** in his
official capacity as Mississippi
Department of Corrections
Commissioner; **JACKSON COUNTY,
MISSISSIPPI,** by and through
Kenneth Taylor, in his official
capacity as Jackson County Board of
Supervisors President; and **JOSH
ELDRIDGE** in his official capacity as
Jackson County Chancery Clerk                        **DEFENDANTS**

**FINAL JUDGMENT**

For the reasons set forth in the [39] Memorandum Opinion and Order entered on May 14, 2024, this Court finds that Plaintiff Joseph Foley's claims against the defendants should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Joseph Foley's claims against Josh Eldridge are **DISMISSED** pursuant to Fed. R. Civ. P. 12(c).

**IT IS FURTHER ORDERED AND ADJUDGED** that Foley's claims against Sheriff John Ledbetter in his official capacity and Jackson County, Mississippi, are **DISMISSED** pursuant to Fed. R. Civ. P. 12(c).

-2-

**IT IS FURTHER ORDERED AND ADJUDGED** that Joseph Foley's claims against the State of Mississippi, MDOC, and Commissioner Burl Cain are **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court is instructed to close this case because all pending claims have been dismissed.

**SO ORDERED AND ADJUDGED** this the 29th day of May, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge